IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL TITUS                                                      PLAINTIFF

v.                              Case No. 6:24-cv-6056

OMEGA CENTER                                                      DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 26. After screening Plaintiff's claims pursuant to 28 U.S.C. § 1915A, Judge Bryant recommends that Plaintiff's Complaint (ECF No. 7) be dismissed without prejudice for failure to state a claim upon which relief can be granted.  Judge Bryant further recommends that a strike flag be placed on this case pursuant to 28 U.S.C. § 1915(g) for future judicial consideration and that the Court certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from such a dismissal would not be taken in good faith.  Plaintiff has not filed an objection to the R&R and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).

Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 8) *in toto*.  Plaintiff's Complaint (ECF No. 2) is hereby **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is hereby **directed** to place a § 1915(g) strike flag on this case for future judicial consideration.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal will not be taken in good faith.

**IT IS SO ORDERED**, this 6th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge